UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Christopher M DeRose<br>    Debtors<br><br>Nationstar Mortgage LLC,<br>    Movant,<br>v.<br><br>Christopher M DeRose,<br>   Respondent/Debtors,<br>and<br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee,<br>  Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>23-11209-mdc |

## OBJECTION OF NATIONSTAR MORTGAGE LLC TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION

    Nationstar Mortgage LLC, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

    1.    On or about April 26, 2023, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

    2.    Movant holds an allowed claim, secured only by Debtor's principal residence located at 3342 Kayford Cir, Philadelphia, PA 19114.

    3.    Movant is in the process of filing its Proof of Claim citing arrears in the amount of $16,447.44.

    4.    Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $11,000.00 to be paid to the Trustee through the Plan.

    5.    The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

    6.    The Plan fails to comply with 11 U.S.C. § 1322.

    7.    The Plan fails to comply with 11 U.S.C. § 1325.

    8.    The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, Nationstar Mortgage LLC respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

Respectfully submitted,

Dated: 8/18/2023

BY: /s/ Heather S. Riloff
Heather S. Riloff 309906
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

LLG File #:23-069726

PA BAR ID #

pabk@logs.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Christopher M DeRose<br>    Debtors.<br><br>Nationstar Mortgage LLC,<br>    Movant,<br>v.<br><br>Christopher M DeRose,<br>   Debtors/Respondent,<br>and<br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee,<br>   Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>23-11209-mdc |

## **CERTIFICATE OF SERVICE**

      I, Heather S. Riloff, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Nationstar Mortgage LLC's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on August 21, 2023:

Brad J. Sadek, Esquire
Sadek and Cooper
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
Sent via electronic notification brad@sadeklaw.com

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Sent via electronic notification ecfemails@ph13trustee.com

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                                           /s/ Heather S. Riloff
                                                   CHROSTPHER A. DENARDO  78447
                                                   HEATHER S. RILOFF 309906
                                                   LOGS Legal Group LLP
                                                   3600 Horizon Drive, Suite 150
                                                   King of Prussia, PA 19406
LLG File #:23-069726                             (610) 278-6800